**Order entered May 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00028-CV

**CYNTHIA PAROSKI D/B/A DFW VIP POOLS, Appellant**

**V.**

**STAVICK2, INC. D/B/A TROPIX POOLS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00206-2011**

## ORDER

We **GRANT** appellant's May 19, 2013 motion for an extension of time to file an amended brief. Appellant shall file her amended brief on or before June 20, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE